**Jack COHEN, on behalf of himself and all others similarly situated, Plaintiff–Appellee,**

**and**

**Anthony Maniscalco, II, Plaintiff–Appellant,**

**v.**

**RESOLUTION TRUST CORPORATION, in its capacity as receiver for Imperial Savings Association, an insured depository institution, a.k.a. Imperial Federal Savings Association, Defendant–Appellee.**

**Jack COHEN, on behalf of himself and all others similarly situated; Mark Rozells, Plaintiffs–Appellees,**

**and**

**Michael Lea, Plaintiff–Appellant,**

**v.**

**RESOLUTION TRUST CORPORATION, in its capacity as receiver for Imperial Savings Association, an insured depository institution, a.k.a. Imperial Federal Savings Association, Defendant–Appellee.**

Nos. 94–55209, 94–55218.

United States Court of Appeals, Ninth Circuit.

Filed Jan. 2, 1996.

Before: WALLACE, Chief Judge, KOZINSKI and RYMER, Circuit Judges.

## ORDER

Appellants Anthony Maniscalco and Michael Lea, members of a class action brought by Jack Cohen and other employees of Imperial Savings Association against the Resolution Trust Corporation, filed a motion to dismiss their appeals, including their pending petitions for rehearing and a suggestion for rehearing en banc. Pursuant to the stipulation of the parties, the appellants' motion is granted. Fed.R.App.P. 42(b).

Under *Blair v. Shanahan*, 38 F.3d 1514, 1521 (9th Cir.1994), we vacate our opinion, 61 F.3d 725 (9th Cir.1995), and remand to the district court for proceedings consistent with *Blair.*

APPEAL DISMISSED AND OPINION VACATED. CASE REMANDED TO DISTRICT COURT.